UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE FAIR,<br><br>    Petitioner,<br><br>    v.<br><br>PAUL THOMPSON, Warden,<br><br>    Respondent. | No. 2:21-cv-0803-WBS-EFB P<br><br><br>ORDER |

Petitioner is a federal prisoner confined at FCI Herlong proceeding without counsel in this petition for writ of habeas corpus brought under 28 U.S.C. § 2241.  ECF No. 1.  Respondent filed a response to the petition on July 14, 2021, which included a motion to dismiss the petition.  ECF No. 7.

Within 30 days from the date of service of this order, petitioner shall file an opposition to respondent's motion to dismiss, or a statement of non-opposition thereto, in accordance with Eastern District of California Local Rule 230(*l*).

So ordered.

DATED: August 30, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE