1
2
3
4
5
6
7             UNITED STATES DISTRICT COURT
8          FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10    TYRONE FAIR,                            No. 2:21-cv-0803-WBS-EFB P
11              Petitioner,
12        v.                                  FINDINGS AND RECOMMENDATIONS
13    PAUL THOMPSON, Warden,
14              Respondent.
15
16        Petitioner is a federal prisoner confined at FCI Herlong proceeding without counsel in this
17    petition for writ of habeas corpus brought under 28 U.S.C. § 2241.
18        Respondent filed a response to the petition on July 14, 2021, which included a motion to
19    dismiss the petition.  ECF No. 7.  On August 30, 2021, the court informed petitioner of the
20    requirements for filing an opposition to any motion to dismiss.  That order gave petitioner thirty
21    days to file an opposition or statement of non-opposition.
22        The time for acting has passed and petitioner has not filed an opposition or a statement of
23    no opposition nor otherwise responded to the August 30, 2021, order.
24        Accordingly, it is RECOMMENDED that this action be dismissed.  Fed. R. Civ. P. 41(b);
25    Rule 12, Rules Governing § 2254 Cases.
26        These findings and recommendations are submitted to the United States District Judge
27    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
28    after being served with these findings and recommendations, any party may file written

1

objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).  In his objections petitioner may address whether a certificate of appealability should issue in the event he files an appeal of the judgment in this case.  *See* Rule 11, Rules Governing Section 2254 Cases (the district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant).

Dated:  October 5, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE