UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE FAIR, | No. 2:21-cv-0803-WBS-EFB P |
| Petitioner, | |
| v. | ORDER |
| PAUL THOMPSON, Warden, | |
| Respondent. | |

Petitioner, a federal prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 20, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 20, 2022, are adopted in full;
2. Respondent's July 14, 2021 motion to dismiss[1] (ECF No. 7) is GRANTED and the petition is dismissed as unripe;
3. The Clerk is directed to close the case; and
4. The court declines to issue a certificate of appealability.

Dated:  March 1, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] The findings and recommendations mistakenly state that the motion to dismiss was filed on January 9, 2020.